**BRIGLIAHUNDLEY** PC

Admitted in VA & DC

FILED

jferman@brigliahundley.com
direct dial: 703-883-9106

2014 JUN -5  P 4: 21

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

June 5, 2014

**VIA CERTIFIED/REGISTERED MAIL TO:**

Attorney General of the United States
Main Justice Building
10th & Constitution Ave, N.W.
Washington, D.C. 20530

    Re:  *Cooper, et al., v. Lee, et al.* (E.D.Va.) – **Notice of filing of papers drawing into question the constitutionality of 35 U.S.C. §§ 311-319**

Dear Hon. Attorney General Holder,

Pursuant to Federal Rule of Civil Procedure 5.1, this letter is intended to provide you with notice that a Complaint and a Motion for Summary Judgment, with a supporting memorandum of law, have been filed in the United States District Court for the Eastern District of Virginia, and that these filings, copies of which are enclosed herewith, draw into question the constitutionality of 35 U.S.C. §§ 311-319 and the related *inter partes* review proceedings being conducted by the United States Patent and Trademark Office in violation of Separation of Powers principles, Article III of the United States Constitution, and the Seventh Amendment to the United States Constitution, as more fully set forth in the accompanying filings.

Sincerely,

John Ferman, Esq.

Encl.

Cc via certified mail (see next page):

jferman@brigliahundley.com
direct dial: 703-883-9106

Admitted in VA & DC

**Cc via certified mail:**

Hon. Michelle K. Lee, Deputy Director
Office of the General Counsel
United States Patent and Trademark Office
P.O. Box 1450 Alexandria, VA 22313-1450

Office of the General Counsel
United States Patent and Trademark Office
P.O. Box 1450 Alexandria, VA 22313-1450

United States Attorney for the Eastern District
of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314